# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:  CASE NO. 05-17948 A
VANESSA MARTIN
HAROLD MARTIN JR.

DEBTOR(S)  CHAPTER 7 CASE

**TRUSTEE'S PETITION OF DISCLAIMER AND ABANDONMENT**

TO THE HONORABLE JUDGES IN BANKRUPTCY FOR SAID DISTRICT:

The petition of the undersigned Trustee of the estate of the above named debtor(s), with respect represents on the ground that there is no equity in the hereinafter described property for the estate of the above named debtor(s), over and above such mortgage and/or other liens as may affect the said property and such exemptions as may apply thereto, or that if there is any such equity, it is not sufficient to justify administration.

The undersigned Trustee (in his official capacity under Federal law) as representative of the estate of the debtor(s), does by these presents, subject to the approval of this Court (which approval is hereby prayed for), disclaim and abandon all such right, title and interest of the said debtor(s)'s estate in and to the following described property:

**As being burdensome to the estate, and/or of inconsequential value and benefit to the estate**

Household goods; Security deposits; Misc. collectibles; Costume Jewelry; Hobby Equipment; Misc. Tools; 1/12 int: estate of Harold & Lorenza Martin; 2004 Nissan Altima; 2004 Toyhota Tundra

Dated: February 17, 2006

/s/ *Aaron Caillouet*
_____
AARON CAILLOUET, TRUSTEE
104 Acadia Lane
Thibodaux, Louisiana 70301
Phone/Fax (985) 446-1284